

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2021

No. 04-20-00127-CR

Frank Henry **WESCH,** Jr.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-378-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court